1 | SCHLICHTER, SHONACK & KEETON, LLP
2 | KURT A. SCHLICHTER (CA SBN 172385)
  | KIM TABIN MANN (CA SBN 272013)
3 | 2381 Rosecrans Ave., Suite 326
  | El Segundo, CA 90245
4 | Telephone: (310) 643-0111
  | Fax: (310) 643-1638
5 | *kas@ssandkattorneys.com*
  | *ktm@ssandkattorneys.com*

6 | Attorneys for Defendants FINEGAN
7 | DEALER GROUP NORTH dba
  | CLOVIS CHRYSLER DODGE JEEP
8 | RAM and FEDERATED MUTUAL
  | INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAILENE DKOTA BATISTA-RUIZ,<br><br>Plaintiff,<br><br>v.<br><br>FCA US, LLC, a Limited Liability Company; FINEGAN DEALER GROUP NORTH dba CLOVIS CHRYSLER DODGE JEEP RAM, a California Corporation; FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | USDC No.: 1:22-cv-00713-ADA-SKO<br>Complaint Filed: May 11, 2022<br>[Removed June 14, 2022]<br><br>**STIPULATION OF PLAINTIFF AND DEFENDANTS REGARDING INSPECTION OF SUBJECT VEHICLE PRIOR TO COMMENCEMENT OF DISCOVERY; ORDER**<br><br>**(Doc. 27)** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

---

1                                                                      1:22-cv-00713-ADA-SKO

**STIPULATION OF PLAINTIFF AND DEFENDANTS REGARDING INSPECTION OF SUBJECT VEHICLE PRIOR TO COMMENCEMENT OF DISCOVERY; ORDER**

PLEASE TAKE NOTICE that plaintiff JAILENE DKOTA BATISTA-RUIZ and defendants FINEGAN DEALER GROUP NORTH dba Clovis Chrysler Dodge Jeep Ram, FEDERATED MUTUAL INSURANCE COMPANY, and FCA US LLC, by and through their respective attorneys of record, recite the following:

A.  WHEREAS, the Court initially set the Initial Scheduling Conference for September 13, 2022, but which was continued to May 9, 2023. (Dkt. No. 10);

B.  WHEREAS, per Federal Rule of Civil Procedure ("FRCP") 26(d), a party may not seek discovery from any source prior to the parties conferring as required by FRCP 26(f);

C.  WHEREAS, the parties have not yet conferred as required by FRCP 26(f);

D.  WHEREAS, counsel for plaintiff had advised counsel for defendants of plaintiff's intention to dispose of the 2021 DODGE CHALLENGER, VIN: 2C3CDZAG0MH503213 (the "Vehicle"), which is the subject of this action;

E.  WHEREAS, plaintiff and her counsel have agreed to allow defendants to inspect the Vehicle prior to disposal and prior to the parties' FRCP 26(f) conference;

F.  WHEREAS, plaintiff and her counsel have agreed to allow defendants FINEGAN DEALER GROUP NORTH dba Clovis Chrysler Dodge Jeep Ram and

FEDERATED MUTUAL INSURANCE COMPANY to inspect the Vehicle on March 22, 2023;

G.   WHEREAS, defendant FCA US LLC has advised that it will not participate in the inspection of the Vehicle and has settled with plaintiff.

Based on the foregoing recitals, the Parties agree and hereby stipulate to the following:

1.   That Defendants FINEGAN DEALER GROUP NORTH dba Clovis Chrysler Dodge Jeep Ram and FEDERATED MUTUAL INSURANCE COMPANY may inspect the Vehicle on March 22, 2023, prior to the parties' Rule 26(f) conference, pursuant to the agreement of the parties.

IT IS SO STIPULATED.

Dated:  March 16, 2023        MFS LEGAL INC.
                              */s/ Joseph D. Steward, III (as authorized on 3/16/2023)*
                              By:  NEAL F. MORROW III
                                   JOE STEWARD
                              Attorneys for plaintiff JAILENE DKOTA BATISTA-RUIZ

Dated:  March 16, 2023        SCHLICHTER, SHONACK & KEETON, LLP

                              */s/ Kim Tabin Mann*
                              By:  KURT A. SCHLICHTER
                                   KIM TABIN MANN
                              Attorneys for defendants FINEGAN DEALER GROUP NORTH dba CLOVIS CHRYSLER DODGE JEEP RAM and FEDERATED MUTUAL INSURANCE COMPANY

**STIPULATION OF PLAINTIFF AND DEFENDANTS REGARDING INSPECTION OF SUBJECT VEHICLE PRIOR TO COMMENCEMENT OF DISCOVERY; ORDER**

## **ORDER**

The foregoing stipulation (Doc. 27) having been read and considered, and good cause appearing, IT IS ORDERED as follows:

Defendants FINEGAN DEALER GROUP NORTH dba Clovis Chrysler Dodge Jeep Ram and FEDERATED MUTUAL INSURANCE COMPANY may inspect the 2021 DODGE CHALLENGER, VIN: 2C3CDZAG0MH503213, which is the subject of this action on March 22, 2023, prior to the commencement of discovery pursuant to Federal Rule of Civil Procedure ("FRCP") 26 and prior to the parties' FRCP 26(f) conference, pursuant to the agreement of the parties.

IT IS SO ORDERED.

Dated:   **March 18, 2023**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE