UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAILENE DKOTA BATISTA-RUIZ,<br><br>Plaintiff,<br><br>v.<br><br>FINEGAN DEALER GROUP NORTH, et al.,<br><br>Defendants. | No.  1:22-cv-00713-ADA-SKO<br><br>ORDER DIRECTING CLERK TO CLOSE THE CASE<br><br>(Doc. 35) |

On September 19, 2023, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 35.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **September 26, 2023**              /s/ *Sheila K. Oberto*              
UNITED STATES MAGISTRATE JUDGE